| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>TIMOTHY H. DELGADO<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 | |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JESUS AGUILAR, JR.,<br><br>        Defendants. | Case No. 2:18-mj-0086 CKD<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME FOR PRELIMINARY HEARING UNDER RULE 5.1(d) AND EXCLUSION OF TIME<br><br>Date: May 11, 2018<br>Time: 2:00 p.m.<br>Judge: Hon. Allison Claire |

  The Court has read and considered the parties' Stipulation and Extension of Time for Preliminary Hearing under Rule 5.1(d) and Exclusion of Time, filed May 8, 2018. The Court finds that the Stipulation, which the Court incorporates by reference into this Order, establishes good cause for an extension of time for the preliminary hearing date to May 18, 2018, under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

  Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

/ / /

/ / /

[PROPOSED] FINDINGS AND ORDER

1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to May 18, 2018, at 2:00 p.m. The defendants shall appear before United States Magistrate Judge Allison Claire in Courtroom 26 on that date and time.

2. The time between May 11, 2018, and May 18, 2018, shall be excluded from calculation of time under 18 U.S.C. § 3161(h)(7)(A) [Local Code T-4].

SO ORDERED.

Dated: May 9, 2018

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE