IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-mj-086 CKD |
| Plaintiff, | ) | RELEASE ORDER |
| vs. | ) | |
| JESUS AGUILAR, JR., | ) | |
| Defendant. | ) | |

On May 17, 2018, this Court granted the government's Motion to Dismiss Complaint (CR 14). Therefore, Mr. Jesus Aguilar, Jr. should be ordered released in this case.

Good cause appearing therefor,

IT IS ORDERED that JESUS AGUILAR, JR. be released from federal custody in the above-captioned case, immediately.

Dated: May 18, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Certified copy to USM

-1-